ANDREW WYTOSKI, APPELLANT, V. AUGUST KIOLBASSA,
APPELLEE.

FILED MAY 4, 1914.  No. 17,594.

**Appeal: BILL OF EXCEPTIONS: AFFIDAVITS.** Affidavits used in district
court upon the hearing of a motion and not preserved in a bill of
exceptions will not be considered on appeal.

APPEAL from the district court for Nance county:
GEORGE H. THOMAS, JUDGE.  *Affirmed.*

*T. T. Bell,* for appellant.

*J. R. Shields* and *W. L. Rose, contra.*

HAMER, J.

This is an appeal from a judgment of the district court
dismissing an appeal of plaintiff from a judgment of the
county court which dismissed his action.

The judgment in the county court was rendered on Feb-
ruary 2, 1910. An appeal bond was duly filed, and a
transcript prepared and filed in the district court on
March 3, 1910. No further proceedings were taken until
December 5, 1911. A motion was then filed by defendant
to dismiss the appeal on account of the failure of plaintiff
to file his petition within 20 days from the filing of the
transcript, and a showing that no petition had ever been
filed. On December 14, 1911, an order was made upon the
plaintiff to show cause by December 24, 1911, why the
motion for dismissal should not be sustained. On Decem-
ber 21, plaintiff moved for leave to file his petition. He
filed his own affidavit and that of his attorney in support
of his motion. These affidavits are not preserved by a
bill of exceptions, and therefore cannot be considered. It
is not shown that the court has abused its discretion. The
judgment of the district court is therefore

AFFIRMED.